UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FLORA MANSOURI,

                     Plaintiff,                    **ORDER**
                                                       CV 09-4491 (DRH)(ARL)

        -against-

MACY'S, INC.,

                     Defendant.
-----------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

       Before the court is the defendant's letter application dated October 21, 2010 requesting an extension of time to complete discovery and seeking to compel plaintiff to provide certain medical authorizations and to reschedule plaintiff's deposition.  Plaintiff does not oppose the application to extend the discovery deadline, but requests that the court hold a discovery conference to address certain discovery disputes. The court does not believe that a conference is necessary at this time to rule on the issues set forth in the parties' submissions.

       With respect to the plaintiff's medical records, the records (and/or authorizations) are to be provided to the defendant pursuant to a confidentiality agreement restricting their use to this litigation. With respect to the plaintiff's deposition, the plaintiff must appear for a deposition during the work week for one full day or during two afternoons beginning at 2:00 p.m. at defendant's counsel's office.  Defendant is directed to provide responses to plaintiff's First Set of Interrogatories by November 9, 2010.  Counsel for the plaintiff and defendant are to meet and confer to determine a date for plaintiff's deposition at a mutually convenient time as well confer regarding any remaining discovery on or before November 9, 2010.  Defendant's request for a settlement conference is denied without prejudice to a renewal thereof upon plaintiff making a demand in this actionl.

       Accordingly, in order to permit discovery to be completed, the deadline for completion of all discovery is extended to December 30, 2010.  Any party planning on making a dispositive motion shall take the first step in the motion practice by January 15, 2011.  The final conference scheduled for November 22, 2010 is adjourned to January 28, 2011 at 2:00 p.m.

Dated:  Central Islip, New York               **SO ORDERED:**
        October 26, 2010

                                             _____/s_____
                                             ARLENE ROSARIO LINDSAY
                                             United States Magistrate Judge